# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOLLIS THORP and PAM THORP, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 5:12-CV-01159-HE ) |
| FARMERS NEW WORLD LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Stacy Hollis and Pam Thorp ("**Plaintiff**") and Defendant Farmers New World Life Insurance Company ("**Defendant**"), by and through their respective counsel and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Plaintiffs' claims against Defendant. Each party shall bear their own costs and attorney fees.

Respectfully submitted,

s/ David L. Smith
David L. Smith, (OBA #14650)
414 N.W. 4th, Suite 200
Oklahoma City, Oklahoma 73102
(405) 528-5520 Telephone
(405) 702-4984 Facsimile
david@smithlawokc.com

ATTORNEYS FOR PLAINTIFFS

1

          s/ Johnny R. Blassingame
          J. Angela Ables, OBA # 0112
          Johnny R. Blassingame, OBA # 21110
          KERR, IRVINE, RHODES & ABLES, P.C.
          201 Robert S. Kerr Avenue, Suite 600
          Oklahoma City, Oklahoma 73102
          (405) 272-9221    Fax (405) 236-3121
          aables@kiralaw.com
          jblassingame@kiralaw.com

          ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following:

J. Angela Ables
Johnny R. Blassingame
KERR, IRVINE, RHODES & ABLES, P.C.
201 Robert S. Kerr Avenue, Suite 600
Oklahoma City, Oklahoma 73102
aables@kiralaw.com
jblassingame@kiralaw.com

          s/ David L. Smith
          David L. Smith